# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5069
_____

YOUNG & SON, INC., d/b/a
YOUNG'S CONTRACTING,

    Appellant,

    v.

MIDSOUTH PAVING, INC.,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

October 30, 2019


PER CURIAM.

    AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher T. Hill and Rachel O'Brien of Hill, Rugh, Keller & Main, P.L., Orlando, for Appellant.

Scott A. Cole and Lisette M. Gonzalez of Cole Scott & Kissane, P.A., Miami; Randall G. Rogers of Cole Scott & Kissane, Pensacola, for Appellee.